THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOLLY CHESTER,<br><br>　　　　　　Plaintiff,<br><br>vs<br><br>SMARTRECEIPT, INC., et al.,<br><br>　　　　　　Defendants. | NO. 13-05272 BHS<br><br>STIPULATED MOTION FOR ORDER ALLOWING DEFENDANTS AN EXTENSION TO ANSWER PLAINTIFF'S COMPLAINT<br><br>HEARING DATE: July 1, 2013 |

　　Plaintiff and Defendants through their respective attorneys respectfully request that the Court enter an order extending Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint to July 8, 2013. In support of this motion, Plaintiff states as follows:

　　1.　Plaintiff filed her Complaint in this lawsuit on April 10, 2013;

　　2.　Plaintiff served Defendant SmartReceipt, Inc. with a copy of the summons and Complaint on May 10, 2013;

　　3.　Defendants Eric Kanowsky and Michael Howe have agreed to waive service of process in accordance with Fed. R. Civ. P. 4(d);

　　4.　Defendants SmartReceipt and Kanowsky have not yet entered an appearance in this lawsuit. Defendant Howe appeared through counsel on June 25, 2013;

STIPL. MOT. & ORDER TO ANSWER - 1 of 3
[100069918.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

5. By order dated June 17, 2013, the Court extended Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint to July 1, 2013;

6. Plaintiff and Defendants continue to engage in discussions to potentially resolve the claims asserted by Plaintiff in this lawsuit;

7. Plaintiff and Defendants agree that an additional brief extension of the Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint until July 8, 2013 will facilitate the parties' settlement discussions and will potentially conserve party and judicial resources;

8. The agreed extension of time will not alter any other date or schedule previously set by the Court.

For the reasons stated above, Plaintiff and Defendants request that the Court enter an order extending Defendants' deadline to answer or otherwise respond to the Complaint until July 8, 2013.

Dated this 1st day of July, 2013.

GORDON THOMAS HONEYWELL LLP

By: /s/ Stephanie Bloomfield
Stephanie Bloomfield, WSBA No. 24251
sbloomfield@gth-law.com
Attorneys for Plaintiff

GORDON TILDEN THOMAS & CORDELL, LLP
Mark Wilner, WSBA No. 31550
mwilner@gordontilden.com
and
FREDRIKSON & BYRON, P.A.
Emily E. Duke
eduke@fredlaw.com

By: /s/ Emily E. Duke
Attorneys for Defendant Michael Howe

STIPL. MOT. & ORDER TO ANSWER - 2 of 3
[100069918.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

ORDER

This matter having come before the Court based on the Stipulation set forth above, the Court having reviewed the records and files herein and being fully advised in the premises, it is hereby

ORDERED Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than July 8, 2013.

DATED this __1__ day of __July__, 2013.

_____
THE HONORABLE BENJAMIN H. SETTLE

APPROVED FOR ENTRY:

GORDON THOMAS HONEYWELL LLP

By: __/s/ Stephanie Bloomfield__
Stephanie Bloomfield, WSBA No. 24251
sbloomfield@gth-law.com
Attorneys for Plaintiff

GORDON TILDEN THOMAS & CORDELL, LLP
Mark Wilner, WSBA No. 31550
mwilner@gordontilden.com

and

FREDRIKSON & BYRON, P.A.
Emily E. Duke
eduke@fredlaw.com

By: __/s/ Emily E. Duke__
Attorneys for Defendant Michael Howe

STIPL. MOT. & ORDER TO ANSWER - 3 of 3
[100069918.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565