THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOLLY CHESTER,<br><br>               Plaintiff,<br>vs<br><br>SMARTRECEIPT, INC., et al.,<br><br>               Defendants. | NO. 13-05272 BHS<br><br>STIPULATED MOTION EXTENDING THE STAY OF PROCEEDINGS<br><br>HEARING DATE: August 16, 2013 |

Plaintiff and Defendants through their respective attorneys respectfully request that the Court enter an order staying this matter for two weeks due to Plaintiff's counsel's unavailability because of an out-of-town trial.

As previously explained to the Court in the July 26, 2013 stipulated motion for stay of all proceedings, the parties' settlement discussions have continued and the parties believe that an agreement has been reached on key settlement terms. However, due to counsel for Plaintiff's unavailability due to an out-of-town trial in late August, additional time may be required to finalize settlement-related documents. The proposed stay will conserve party and judicial resources and permit the parties to focus on finalizing the settlement terms in a written agreement.

STIPULATED MOT AND ORDER TO STAY PROCEEDINGS - 1 of 3
[100072781]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

For the reasons stated above, Plaintiff and Defendants request that the Court enter an order staying all deadlines in this matter including the FRCP 26(f) conference, Initial Disclosures, the Joint Status Report Plaintiff's deadline to respond to Defendants Howe and Kanowsky's pending motions (*Dkt. 17* and *Dkt. 19*) through September 10, 2013. Defendants Eric Kanowsky and Michael Howe enter into this Stipulation for the reasons stated above, but expressly reserve all applicable defenses, including but not limited to those related to personal jurisdiction as set forth in the motions to dismiss at Dkt. Nos. 17 and 19.

Dated this ___ day of August, 2013.

GORDON THOMAS HONEYWELL LLP
Stephanie Bloomfield, WSBA No. 24251
sbloomfield@gth-law.com

By:   /s/ Stephanie Bloomfield
Attorneys for Plaintiff

GORDON TILDEN THOMAS & CORDELL, LLP
Mark Wilner, WSBA No. 31550
mwilner@gordontilden.com

By:   /s/ Mark Wilner
and
FREDRIKSON & BYRON, P.A.
Emily E. Duke
eduke@fredlaw.com

By:   /s/ Emily Duke
Attorneys for Defendant Michael Howe

LANE POWELL, PC
Laura Morse, WSBA No. 34532
MorseL@lanepowell.com

By:   /s/ Laura Morse
Attorneys for Defendant Eric Kanowsky

FENWICK & WEST LLP
Bradley T. Meissner, WSBA No. 39592
bmeissner@fenwick.com

By:   /s/ Bradley T. Meissner
Attorneys for Defendant SmartReceipt

STIPULATED MOT AND ORDER TO STAY PROCEEDINGS - 2 of 3
[100072781]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 · FACSIMILE (253) 620-6565

# ORDER

This matter having come before the Court based on the Stipulation set forth above, the Court having reviewed the records and files herein and being fully advised in the premises, it is hereby

ORDERED that this matter is stayed until September 10, 2013.

IT IS FURTHER ORDERED that on or before September 10, 2013, the Parties shall report to the Court regarding the status of this matter.

DATED this 20 day of August, 2013.

_____
THE HONORABLE BENJAMIN H. SETTLE

APPROVED FOR ENTRY:

GORDON THOMAS HONEYWELL LLP
  Stephanie Bloomfield, WSBA No. 24251
  sbloomfield@gth-law.com

By:   /s/ Stephanie Bloomfield
  Attorneys for Plaintiff

GORDON TILDEN THOMAS & CORDELL, LLP
  Mark Wilner, WSBA No. 31550
  mwilner@gordontilden.com

By:   /s/ Mark Wilner
and
FREDRIKSON & BYRON, P.A.
  Emily E. Duke
  eduke@fredlaw.com

By:   /s/ Emily E. Duke
  Attorneys for Defendant Michael Howe

LANE POWELL, PC
  Laura Morse, WSBA No. 34532
  MorseL@lanepowell.com

By:   /s/ Laura Morse
  Attorneys for Defendant Eric Kanowsky

FENWICK & WEST LLP
  Bradley T. Meissner, WSBA No. 39592
  bmeissner@fenwick.com

By:   /s/ Bradley T. Meissner
  Attorneys for Defendant SmartReceipt

STIPULATED MOT AND ORDER TO STAY PROCEEDINGS - 3 of 3
[100072781]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565