THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOLLY CHESTER,<br><br>        Plaintiff,<br><br>v.<br><br>SMARTRECEIPT, INC., a Delaware Corporation, ERIC KANOWSKY, and MICHAEL HOWE,<br><br>        Defendants. | Case No. 3:13-cv-05272 BHS<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS ERIC KANOWSKY AND MICHAEL HOWE<br><br>**NOTED FOR NOVEMBER 18, 2013**<br>**CLERK'S ACTION REQUIRED** |

## STIPULATION

IT IS STIPULATED by and between the parties hereto that the claims of Plaintiff Molly Chester against Defendants Eric Kanowsky and Michael Howe may be dismissed with prejudice and without costs to any party.

Submitted this 18th day of November, 2013.

GORDON THOMAS HONEYWELL LLP    LANE POWELL PC

By  /s/Stephanie Bloomfield          By  /s/Laura T. Morse
    Stephanie Bloomfield, WSBA No. 24251    Laura T. Morse, WSBA No. 34532
    Attorneys for Plaintiff Molly Chester        Attorneys for Defendant Eric Kanowsky

STIPULATION AND ORDER OF DISMISSAL - 1
Case No. 3:13-cv-05272 BHS

127715.0001/5830372.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| FREDRIKSON & BYRON, P.A. | GORDON TILDEN THOMAS & CORDELL, LLP |
| By /s/Emily E. Duke<br>Emily E. Duke, Minn. Bar No. 0249178<br>(admitted *pro hac vice*)<br>Attorneys for Defendant Michael Howe | By /s/Mark Wilner<br>Mark Wilner, WSBA No. 31550<br>Attorneys for Defendant Michael Howe |

FENWICK & WEST LLP

By *Bradley Meissner*
  Bradley Meissner, WSBA No. 39592
  Attorneys for Defendant SmartReceipt, Inc.

## ORDER

The parties having stipulated for dismissal with prejudice of the Plaintiff's claims against Defendants Eric Kanowsky and Michael Howe, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that the Plaintiff's claims against Defendants Eric Kanowsky and Michael Howe are hereby dismissed with prejudice and without costs.

DATED this 19 day of November, 2013.

_____
HONORABLE BENJAMIN H. SETTLE

Presented by:
LANE POWELL PC

By /s/Laura T. Morse
  Laura T. Morse, WSBA No. 34532
  Attorneys for Defendant Eric Kanowsky

GORDON THOMAS HONEYWELL LLP

By /s/Stephanie Bloomfield
  Stephanie Bloomfield, WSBA No. 24251
  Attorney for Plaintiff Molly Chester

STIPULATION AND ORDER OF DISMISSAL - 2
Case No. 3:13-cv-05272 BHS
127715.0001/5830372.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  FREDRIKSON & BYRON, P.A.

2
   By  /s/Emily E. Duke
3      Emily E. Duke, Minn. Bar No. 0249178
       (admitted *pro hac vice*)
4      Attorneys for Defendant Michael C. Howe

5  GORDON TILDEN THOMAS &
   CORDELL, LLP
6

7  By /s/Mark Wilner
       Mark Wilner, WSBA No. 31550
8      Attorneys for Defendant Michael C. Howe

9  FENWICK & WEST LLP

10
   By /s/Bradley Meissner
11 Bradley Meissner, WSBA No. 39592
   Attorneys for Defendant SmartReceipt, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF DISMISSAL - 3
Case No. 3:13-cv-05272 BHS

127715.0001/5830372.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107